**Mark S. DeMarco**
Attorney At Law
100 Lafayette Street, Ste. 501
New York, New York 10013
718 239 7070
Fax 718-239-2141
MSDLaw@aol.com

January 7, 2026

Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**

**BY ECF & ELECTRONIC MAIL**

Re:     *United States v. Singh, et al*
        **25 Cr. 68 (ER)**

Your Honor:

I am the attorney for Amritpal "Bal" Singh, who is charged in the above referenced indictment. Since I am currently engaged in the case of *People v. Shaheene Ahmad*, Bronx County Indictment Number 74056/2023, I am unable to appear at tomorrow's conference. Accordingly, it is respectfully requested that this Court permit Joshua Horowitz to appear on my behalf. Mr. Singh consents to Mr. Horowitz appearing on my behalf.

Thank you for your attention to this matter.

Respectfully submitted,

Mark S. DeMarco

cc:     All Counsel
        By ECF

The application is granted.
SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated:    1/8/2026
New York, New York