UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------x
UNITED STATES OF AMERICA,

- against-

AMRITPAL SINGH, also known as "Bal",

Defendant.
-----------------------------------------------x

**ORDER**

25 Cr. 68-2 (ER)

Ramos, D.J.:

A change of plea hearing will be held on **November 4, 2026, at 11:30 a.m.** in Courtroom 619 at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007.

SO ORDERED.

Dated: October 29, 2026
New York, New York

Edgardo Ramos, U.S.D.J.